NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CMP DEVELOPMENT, LLC,**

*Plaintiff-Appellant*

**v.**

**AMNEAL PHARMACEUTICALS LLC,**

*Defendant-Appellee*

---

2024-1058

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00549-MN, Judge Maryellen Noreika.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2  CMP DEVELOPMENT, LLC v. AMNEAL PHARMACEUTICALS LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

December 6, 2023
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 6, 2023